PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR -5 2024
CLERK, U.S. DISTRICT COURT
By_____
Deputy

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

Valentine Casares   2004570
Plaintiff's Name and ID Number

Allred Unit of TDCJ
Place of Confinement

CASE NO. 7-24CV-045-0
(Clerk will assign the number)

v.

Bryan Collier, P.O. Box 99 Huntsville, TX. 77342
Defendant's Name and Address

K. Smith, 2101 FM 369 N Iowa, TX. 76367
Defendant's Name and Address

Joseph Eastridge 2101 FM 369 N Iowa Park, TX. 76367
Defendant's Name and Address
( DO NOT USE "ET AL.")

Samuel Aguae 2101 FM 369 N Iowa Park TX. 76367

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Rev. 05/15

II.    PLACE OF PRESENT CONFINEMENT: Allred Unit of TDCJ

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ✓ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Valentine Cascares, 2004570 Allred Unit 2101 FM 369 N Iowa Park Texas 76367

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Bryan Collier TDCJ executive director P.O.Box 99 Huntsville, Texas 77342

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Failed to train and supervise subordinates

Defendant #2: K. Smith Warden of Allred Unit Failed to train and supervise subordinates

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
2101 FM 369 N Iowa Park TX 76367

Defendant #3: Joseph Eastridge Nurse at Allred Unit, 2101 FM 369 N Iowa Park TX 76367

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Denied Medical treatment. Conspired.

Defendant #4: Samuel Avrine, prison guard at Allred Unit, 2101 FM 369 N Iowa Park TX 76367

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Denied access to Medical care. Conspired.

Defendant #5: Kenya Page Medical administrator at Allred Unit 2101 FM 369 N Iowa Park, TX 76367

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Failed to train and supervise Medical staff at Allred.

Rev. 05/15

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Valentine Cascures, Plaintiff, has been denied and continues to be denied ade-quate medical care by medical staff and prison officials alike who often cons-pire to subject Plaintiff to much unnece-ssary physical and mental pain with the blessings of supervisors who refuse to take corrective action. Specifically, Plaintiff is a diabetic and suffers from a

(see attached)

VI.    RELIEF:

State briefly exactly what you want the court to do for you.    Make no legal arguments.  Cite no cases or statutes.

Award $100,000 damages and $500,000 punitive damages as to each defendant.

VII.    GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

_____

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

Valentine Cascures, 2004570

VIII.    SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES  ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): __N/A_____

2.  Case number: __N/A_____

3.  Approximate date sanctions were imposed: __N/A_____

4.  Have the sanctions been lifted or otherwise satisfied? __N/A_____    ____YES ____NO

Rev. 05/15

4

(Statement of claim continues)

damaged spine. Both Medical conditions require constant and adequate Medical care.

As a diabetic, Plaintiff Must have access to the infirmary promptly whenever his sugar is low to have his shot of Insulin. If Plaintiff's sugar is low, as is frequently the case, and Plaintiff does not have his insulin, he will experience violent Muscle spasm, profuse sweating and seizures.

On More than one occasion Samuel Anane defendant #4 denied Plaintiff access to the infirmary to have his Insulin when Plaintiff was already experiencing profuse sweating and Muscle spasms due to his sugar being low, and on More than one occasion Anane stated to Plaintiff "I don't care what happens to you", and denied Plaintiff access to his Much needed insulin subjecting Plaintiff to unnecessary physical and psychological pain. Other Prison guards (not named as defendants) with whom Anane conspired also denied Plaintiff access to the infirmary, access to Medical care. (Continues)

(attachment # 1)

(Statement of Claim)

Plaintiff was also denied Medical treatment by Medical staff. Specifically, one Joseph Eastridge, a Nurse at the Allred Unit, in charge of interviewing inmates before these are seen by a doctor, has falsified reports on Plaintiff, lying about Plaintiff's Medical conditions, stating that they are IMAGINARY. On one occasion that Plaintiff noticed blood in his urine, Plaintiff was seen by Eastridge who refused to examine Plaintiff and dismissed him stating to Plaintiff that blood in Plaintiff's urine was NORMAL.

In addition to being denied Medical treatment for his diabetes and condition that causes Plaintiff to urinate blood, Medical staff with whom Eastridge has conspired to deny Plaintiff basic and adequate Medical care, said Medical staff (not named as defendants) have denied and continue to deny basic Medical care for an injured spine that causes Plaintiff constant severe pain. Here as with the insulin issue prison guards have conspired with Medical staff to subject Plaintiff to much unnecessary pain, the ones by denying Plaintiff access to the infirmary, the others by denying Plaintiff actual basic Medical care.

(Attachment #2)                    (Continues)

(Statement of claim)

The named defendants Medical staff and prison guards both act with deliberate indifference for plaintiff's Medical needs, and with reckless disregard for plaintiff's rights and the laws protecting those rights. This is due to the fact that supervisors for both prison guards and medical staff refuse discipline those who are in violation, or refuse to take corrective action.

Defendant #1 Bryan Collier TDCJ executive director is supposed to Make sure that those employed by TDCJ are in compliance. That is not happening as of this writing.

Warden K. Smith, Defendant #2 is supposed to make sure that those employed at the Allred unit are also in compliance. That is not happening as of this writing.

Defendant #5 Kenyon Page, Medical administrator, is supposed to supervise and train Medical staff at Allred unit to make sure they provide to inmates the basic and adequate Medical care they are entitled to. That is not happening as of this writing.

(attachment #3)                    (End of Statement of claim)

C.  Has any court ever warned or notified you that sanctions could be imposed?  _____ YES  __✓__ NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that issued warning (if federal, give the district and division):  N/A

2.  Case number:  N/A

3.  Approximate date warning was issued:  N/A

Executed on:  3-12-24
        DATE

*Valentine Casares*

*Valentine Casares*
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  12th  day of  March  , 20 24 .
        (Day)              (month)              (year)

*Valentine Casares*

*Valentine Casares*
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15



*Copy*

# Texas Department of Criminal Justice

## STEP 1

**OFFENDER GRIEVANCE FORM**

**OFFICE USE ONLY**

Grievance #: _2022104412_

Date Received: _May 27-2022_

Date Due: _Jul 06-2022_

Grievance Code: _814_

Investigator ID #: _I 1888_

Extension Date: _____

Date Retd to Offender: _Jun 13-2022_

Offender Name: _Casares Valentien_    TDCJ # _2004570_

Unit: _Allred_    Housing Assignment: _3-C-28-B_

Unit where incident occurred: _Allred_

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _C.O. IV Officer Samuel Anane_    When? _May 12, 2022_

What was their response? _I don't care what happened to you, they haven't called._

What action was taken? _Officer C.O IV Anane waited until I started to shake an almost passed out._

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

This is a complaint on officer C.O IV Samuel a. Anane for violating T.D.C-J Policy. on 5-12-22 officer Anane was working on 3-c when I needed to go to the Infirmary because my suger was low. Officer C.O IV Anane told me that he did not care what happened to me they haven't called yet. I showed officer Anane my layin an showing him the time that said 4:20 P.M, informing the officer that I need my Insulin that I'm starting to shake.

Officer Anane walked away from the pod door.

C.O IV officer Samuel Anane violated T.D.C-J. Rules AD.06.07

Staff shall not block or hinder access to health services.

Institutional operations such as count, feeding, work schedules, or similar routine operations, may not be used as reason to delay access to health services staff for urgent or emergency complaints. The judgment of health care professionals, regarding health-related conditions has priority over routine unit operations.

Offender with conditions such as asthma, diabetes, suicidal ideations, chestpain, labored, or shortness of breath, or similar conditions, shall be afforded immediate access to health service. Policy states employees are representatives of the Texas Department of Criminal Justice (T.D.C-J.) and are expected to adhere to the highest standards of conduct while on-duty,

Including adherence to the rules of conduct as Published and described in P.D-22.

---

**I-127 Front** (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

**Action Requested to resolve your Complaint.** *That Officer Anane be told of his actions and that there will be no Reprisal".*

**Offender Signature:** *Valentino Casares*                              **Date:** *May 25-2022*

**Grievance Response:**

*The Investigation of this grievance is Complete, the appropriate administrative action has been taken to address this issue. This is for your Information No further action is warranted.*

**Signature Authority:** _____  *T. Hooper , A.W.*                    **Date:** *6/13/22*

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**        ***Resubmit this form when the corrections are made.**

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

| **OFFICE USE ONLY** | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

**Appendix F**

**Texas Department of Criminal Justice**

JUL 2 1 2023

# STEP 1

**OFFENDER GRIEVANCE FORM**

Casares, Valentine    2004570

Offender Name: _Casares Valentine_    TDCJ # _02004570_

Unit: _Allred_    Housing Assignment: _3-A-52-B_

Unit where incident occurred: _James V. Allred_

_3A-52ᴮ_

OFFICE USE ONLY

Grievance #: _2023120880_

Date Received: _JUN 2 1 2023_

Date Due: _AUG 0 5 2023_

Grievance Code: _635_

Investigator ID #: _I 2888_

Extension Date: _____

Date Retd to Offender: _JUL 2 1 2023_

---

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? _Miss Roberts-RN. and Mr. J. Eastridge_ When? _June 15-2023_

What was their response? _That she was giving Me The Walker untill I See The Provider_

What action was taken? _Non_

---

**State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate**

In This Day June 15-2023 that this Time 7:45 A.M. I had A layin for Infirmary To do A Lab when I have finsh I was going Back to my Building when The Lady from Supply was Waiting for me. With A Cane on her hand. She told me To give her my Walker. I said to her, I Can Not give you Walker, because I need It. When Miss Roberts Came and told me to give The Lady my Walker. I told her, What was the Reason for taking my walker Away from me. She told me that The SST. scott who was Cleaning The 10 Building was saying that he Could Not Keep up with me. because I was Scratching The floor's too much. So he when And told The Provider J. Eastridge About this. so they decide to take my Walker Away from me. I don't know why they our doing this to me. They give Me A Cane, and send me Back to The Building. and The second Day that 7:20 A.M. I was going to take A Shower's when I fell Dowe on A Wet floor. all because They want to take my Walker Away from me. Now Till this Day I been having Arm's and Back Pain's. all because of Them. When I Came to this unit This Two Person's J. Eastridge and Miss Roberts. There's Alway been Harrassing me. By Trying To take Everthing Away from me. So I would Like for you to do A full Investigation In this Situation. And Please Look at The Camera's.

---

**I-127 Front** (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

**Action Requested to resolve your Complaint.** *I do want for This two Person's to stop Harrassing me.*

**Offender Signature:** *Valentine Casares*                    **Date:** *June 20-2023*

**Grievance Response:**

Documentation obtained from your electronic health record reflects that you were re-issued your walker on 06/16/23 after a reported fall. You have been seen in accordance with Correctional Managed Health Care Policy A-01.1 and may continue to be seen via the sick call process.

Kenyon Page
Medical Administrator

**Signature Authority:** _____    **Date:** JUL 2 0 2023

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**        *****Resubmit this form when the corrections are made.**

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:**_____

**I-127 Back** (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission        UGI Initials:_____

Grievance #:_____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**2nd Submission**        UGI Initials:_____

Grievance #:_____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**3rd Submission**        UGI Initials:_____

Grievance #:_____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**Appendix F**

# Texas Department of Criminal Justice

## STEP 1 OFFENDER GRIEVANCE FORM

AUG 2 1 2023

Casares, Valentine    2004570

Offender Name: _Casares, Valentine_    TDCJ # _02004570_

Unit: _Allred_    Housing Assignment: _3A-52B_

Unit where incident occurred: _James V. Allred_

3A.52B

**OFFICE USE ONLY**

Grievance #: _2023140434_

Date Received: _AUG 0 7 2023_

Date Due: _SEP 2 1 2023_

Grievance Code: _LOOT 602_

Investigator ID #: _I-2888_

Extension Date: _____

Date Retd to Offender: _AUG 2 2 2023_

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Mr. J. Eastridge_    When? _August 3-2023_

What was their response? _It Was Normal_

What action was taken? _Non_

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

_In This Day August 3-2023 That This Time 7:45 A.M._
_I Went To see The Provider J. Eastridge To see if he can help me._
_Because I was urinate Blood. He Told Me that Was Normal,_
_Because of My Age. But I do Not Believe That, I know That This is_
_Not Truth. To Me I Know That I have Something Else._
_I Ask Miss. Roberts, If I can have Second Opinion to see Another_
_Provider. she Told Me, That We do Not have other Provider only him,_
_So we need to see him only. I Just want to know if I can have More_
_Test Done. I Just know That Mr. J. Eastridge Do Not Want To help Me,_
_So I am Ask you to Please Help Me in This situation._

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

Action Requested to resolve your Complaint. *Please Help Me to fix This situation*

Offender Signature: *Valentine Casares*                     Date: *August 6-2023*

**Grievance Response:**

Documentation obtained from your electronic health record reflects that you were seen on 08/03/23 by the medical provider for complaints of burning and pain with urination. During the assessment that day, you denied any difficulty with urination, no hesitancy, and incontinence or stream changes. You denied any flank or radiating pain. The provider noted a history of renal calculus and right sided renal cysts. You were diagnosed with persistent hematuria and renal cysts. You were started on Atorvastatin, Terazosin, and a Non-Formulary request was submitted for Losartan. You are scheduled for a follow up. You have been seen in accordance with Correctional Managed Health Care Policy A-01.1 and may continue to be seen via the sick call process.

Kenyon Page
Medical Administrator

Signature Authority: _____                Date: **AUG 1 7 2023**

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:        **\*Resubmit this form when the corrections are made.**

___ 1. Grievable time period has expired.
___ 2. Submission in excess of 1 every 7 days. \*
___ 3. Originals not submitted. \*
___ 4. Inappropriate/Excessive attachments. \*
___ 5. No documented attempt at informal resolution. \*
___ 6. No requested relief is stated. \*
___ 7. Malicious use of vulgar, indecent, or physically threatening language. \*
___ 8. The issue presented is not grievable.
___ 9. Redundant, Refer to grievance #_____
___ 10. Illegible/Incomprehensible. \*
___ 11. Inappropriate. \*

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.

Medical Signature Authority:_____

**I-127 Back** (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission        UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

2nd Submission        UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission        UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix F

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden- if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Medical_
(Name and title of official)

ADDRESS: _Allred # 10 Bldg_          DATE: _8-2-2023_

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I need to see medical help because I've been having problems with pain in my lower back for several days. And as of today I've had blood in my urine. This is very painful.

No: 02004570    Unit: Allred

Name: Casares Valentine

Living Quarters: 3-Building-A-52-B    Work Assignment: Unasgn

**DISPOSITION:** (Inmate will not write in this space)

seen in clinic today

myang

AUG 0 3 2023

AUG 0 3 2023

SCANNED

(Rev. 11-90)

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION
# INMATE REQUEST TO OFFICIAL

*Copy*

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: *Medical*

(Name and title of official)                    DATE: *September 1-2023*

ADDRESS: *Allred unit*

I Would Like to see someone About My Lower Back Pain.

It is More Painful too The Right side.

Name: _Casares Valentine_   No: _2604576_   Unit: _Allred_

Living Quarters: _3-Build-A-52-B_   Work Assignment: _Unasgn_

**DISPOSITION:** (Inmate will not write in this space)

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _MEDICAL, Texas Tech Health & Science_ DATE: _June 22, 2022_
(Name and title of official)

ADDRESS: _James V. Allred Unit, Iowa Park, Texas_

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I respectfully request to see a specialist concerning my back problems, which cause my legs to go numb, me to fall at times, and back pain. My back problems I continue to complain about are the result of the back surgery I received on December 7, 2020. The day after surgery I was transported in the back of a TDCJ van to the Robertson Unit. I believe this may have caused more back injuries. In addition, I was informed by one of the Doctors that I would need therapy after surgery, which was never provided. I have been on a walker ever since the surgery. I want to see a specialist in order to obtain whatever corrective action must be taken. Thank You.

Name: _Casures Valentine_    No: _02004570_    Unit: _James V. Allred_

Living Quarters: _3C - 28 B_    Work Assignment: _Unassigned Medical_

**DISPOSITION:** (Inmate will not write in this space)

NSC - Back problems; pain, falling.
Wants to see a specialist

JUN 2 3 2022

M. Crittenden NW

I-60 (Rev. 11-90)

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION**

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ❑ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ❑ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ❑ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ❑ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ❑ Visiting List (Asst. Director of classification, Administration Building)

6. ❑ Parole requirements and related information (Unit Parole Counselor)

7. ❑ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ❑ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _ID Building for Medical_
(Name and title of official)

DATE: _January 23-2022_

ADDRESS: _Allred Unit_

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I need to See A Provider, for my Back Pain

Name: Valentine Casares          No: 02004570     Unit: Allred

Living Quarters: 4-Building-D-53-B     Work Assignment: Medical unasgn

**DISPOSITION:** (Inmate will not write in this space)

NSC Back Pain
Rinebarts
Rn



JAN 2 4 2022
JAN 2 3 2022
JAN 2 3 2022

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE – INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ❑ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ❑ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ❑ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ❑ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ❑ *Visiting List (Asst. Director of classification, Administration Building)*

6. ❑ *Parole requirements and related information (Unit Parole Counselor)*

7. ❑ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ❑ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: _Warden K. Smith_ _Medical_
(Name and title of official)          DATE: _2-8-2024_

ADDRESS: _JA_

**SUBJECT:** State briefly the problem on which you desire assistance.

I have been denied the ability to go to insulin by C/O Cordell twice, she also has been harassing me, continuously searching me and my walker. I wrote a grievance, but this has become a chronic problem I need help putting a stop to. I am hoping you can help me in this as I have been getting shakes around mealtimes when she won't allow me to go to get my insulin. Thank you.

Name: Valentine Casares    No: 2004570    Unit: JA

Living Quarters: 3-C-50B    Work Assignment: unassigned

**DISPOSITION:** (Inmate will not write in this space)

Computer Shows 20 day insulin given
All but 2 days month Feb

RR
R. ROBERTS, RN

FEB 13 2024

SCANNED

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: _Medical DepT._    DATE: _4-7-22_

(Name and title of official)

ADDRESS: _Allred Unit_

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Sir:

I am sick and Tired With these Officers that they do not let me go To My Lay-In's. They refuse To let me go in the Proper Time, Always late for My "Insulin" And I feel Weak. I am going To Pass Out And Medical will have To Answer To These Allegations.                    Thank you

Name: Valentine Casares                    No: 02004570          Unit: Allred

Living Quarters: 4-Building-D-53-B          Work Assignment: Medical Unassigned

**DISPOSITION:** (Inmate will not write in this space)

NSC Wear
Muebetsm

APR 0 8 2022   MN 0100

☆I-60 (Rev. 11-90)

Clerk, United States District
Court
Northern District of Texas
1000 Lamar St.
Wichita Falls, Texas 76307

March 12, 2024

Dear Clerk, enclosed please
find for filing an original of a
complaint.
As a state prisoner I am not
allowed to make copies of any
papers.
Please acknowledge receipt
of said complaint.
Thank you.

Sincerely

Valentine Casares
Valentine Casares
Plaintiff pro se

Valentine Chavres
#2004570
Allred Unit
2101 FM 369
Iowa Park, TX. 76367

MAR - 5 2024

Legal

United States
District Court
1000 Lamar St.
Wichita Falls, TX. 76307

