# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **VALENTINE CASARES,** <br> **TDCJ No. 02004570,** <br><br> **Plaintiff,** <br><br> v. <br><br> **BRYAN COLLIER, et al.,** <br><br> **Defendants.** | § § § § § § § § § § § | Civil Action No. 7:24-cv-045-O |

## JUDGMENT

This action came on for consideration by the Court, and the Plaintiff having failed to comply with the Court's order,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that the complaint be, and it is hereby, **DISMISSED** without prejudice pursuant to Rule 41(b), Federal Rules of Civil Procedure.

**SIGNED** this **31st day** of **January 2025.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE